UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x

UNITED STATES OF AMERICA            :

v.                                  :

JESUS GONZALEZ,                     :
                    Defendant.       :
----------------------------------------------------x

**ORDER**

18 CR 291-03 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED: 11 27 19

On November 26, 2019, defendant Jesus Gonzalez entered a guilty plea in this case.

Accordingly, because there is no longer a compelling need for Mr. Gonzalez to have a second

CJA attorney appointed to represent him in this case, Clinton W. Calhoun, III, Esq., is relieved as

defendant Gonzalez's counsel, with the thanks of the Court.

Dated: November 27, 2019
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge