UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA
                                  :     CONSENT PRELIMINARY ORDER
        - v. -                          OF FORFEITURE/
                                  :     MONEY JUDGMENT

JESUS GONZALEZ,                   :     S3 18 Cr. 291 (VB)

              Defendant.          :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/20

        WHEREAS, on or about November 26, 2018, JESUS GONZALEZ
(the "defendant") pled guilty to S3 18 Cr. 291 (VB) (the
"Information") with participating in a conspiracy to distribute,
and possess with the intent to distribute, quantities of mixtures
and substances containing a detectable amount of cocaine, in
violation of 21 U.S.C. § 846 (Count One);

        WHEREAS, the Information included a forfeiture
allegation as to Count One, seeking forfeiture to the United
States, pursuant to 21 U.S.C. § 853, of any and all property
constituting, or derived from, any proceeds obtained, directly or
indirectly, as a result of the offense charged in Count One of the
Information, and any and all property, used or intended to be used,
in any manner or part, to commit or to facilitate the commission
of, the offense charged in Count One of Information, including
but not limited to a sum in United States currency representing
the amount of proceeds obtained as a result of the offense charged
in Count One of the Information;

WHEREAS, on or about November 26, 2019, the defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit, pursuant to 21 U.S.C. § 853, a sum of money representing the amount of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Information, and any and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, the offense charged in Count One of the Information; and

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $30,000 in United States currency representing the amount of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Information, and any and all property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of, the offense charged in Count One of the Information;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Sam

Adelsberg, of counsel, and the defendant, and his counsel, James
DeVita, Esq. that:

1.   As a result of the offense charged in Count One of
the Information, to which the defendant pled guilty, a money
judgment in the amount of $30,000 in United States currency (the
"Money Judgment") shall be entered against the defendant.

2.   Pursuant to Rule 32.2(b)(4) of the Federal Rules of
Criminal Procedure, upon entry of this Consent Preliminary Order
of Forfeiture/Money Judgment, this Consent Preliminary Order of
Forfeiture/Money Judgment is final as to the defendant, and shall
be deemed part of the sentence of the defendant, and shall be
included in the judgment of conviction therewith.

3.   All payments on the outstanding Money Judgment
shall be made by postal money order, bank or certified check, made
payable, in this instance to the "United States Marshals Service",
and delivered by mail to the United States Attorney's Office,
Southern District of New York, Attn: Money Laundering and Asset
Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007
and shall indicate the defendant's name and case number.

4.   Upon execution of this Consent Preliminary Order of
Forfeiture/Money Judgment, and pursuant to 21 U.S.C. § 853, the
United States Marshals Service shall be authorized to deposit the
payments on the Money Judgment in the Assets Forfeiture Fund, and

the United States shall have clear title to such forfeited property.

     5.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

     6.  The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

     7.  The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander Wilson, Co-Chief of the Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

     8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more

counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____     3/13/20
SAM ADELSBERG                              DATE
Assistant United States Attorney
(914)993-1919

By: _____     3/13/20
JESUS GONZALEZ                             DATE

By: _____     3/13/20
JAMES DEVITA, Esq.

SO ORDERED:

_____          3/13/20
HONORABLE VINCENT L. BRICCETTI             DATE
UNITED STATES DISTRICT JUDGE