**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 19, 2021

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 4/19/21
White Plains, NY

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Jesus Gonzalez*, 18 Cr. 291 (VB), 21 Civ. 1228 (VB)

Dear Judge Briccetti:

The Government respectfully submits this letter to request permission to file an oversized brief of approximately 34 pages in response to the petition of Jesus Gonzalez to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. This request is made to enable the Government to set forth the relevant background for the Court and to fully address Gonzalez's claims.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/ Olga Zverovich
Olga I. Zverovich / Sam Adelsberg
Assistant United States Attorneys
Tel: (212) 637-2514 / 2494

cc (by mail):

Jesus Gonzalez, 08433-408
Safford FCI
P.O. Box 9000
Safford, Arizona 85548

Copies Mailed/Faxed 4/19/21
Chambers of Vincent L. Briccetti