# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

SDNY DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-11-21

June 10, 2021

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York   10801

APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 6/11/21
White Plains, NY

Reply due 6/21/21

re:   *United States v. Jesus Gonzalez*
       18-cr-291 (VB)

Dear Judge Briccetti:

    This letter is an application to extend the time for filing a reply memorandum, in connection with Mr. Gonzalez' pending 28 U.S.C. § 2255 motion, by one week, to June 21, 2021.
    The Court had appointed undersigned counsel after Mr. Gonzalez had filed a pro se 2255 motion, and directed that a counseled reply memorandum be filed by June 14, 2021.
    The extension is requested in order to have sufficient time to respond to the government's 33-page opposition memorandum and also because, as part of my preparation of the reply, I need to have an attorney-client phone conference with Mr. Gonzalez.  He is in custody at FCI Safford in Arizona and the facility will not be able to arrange a call this week.  We are planning to have the conference on June 14.
    The government, by AUSA Olga Zverovich, consents to this application.

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)