UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

JESUS GONZALEZ,                          :

                     Petitioner,     :

v.                                       :

                            :

UNITED STATES OF AMERICA,                 :

                     Respondent.  :

------------------------------------------------------x

**ORDER**

21 CV 1228 (VB)
18 CR 291-3 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/21

On June 21, 2021, after the Court appointed counsel for petitioner, petitioner filed a reply memorandum in further support of his Section 2255 motion. Having reviewed that memorandum, the Court believes it would benefit from further briefing by the government. Accordingly, by August 12, 2021, the government shall file a sur-reply memorandum responding to the arguments in petitioner's reply memorandum.

Dated: July 12, 2021
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge