

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 6, 2021

> APPLICATION GRANTED
> Sur-reply due 8/18/2021.
> SO ORDERED:
>
> _____
> Vincent L. Briccetti U.S.D.J. 8/6/2021

**BY ECF**

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:   *United States v. Jesus Gonzalez*, 18 Cr. 291 (VB), 21 Civ. 1228 (VB)

Dear Judge Briccetti:

    The Government respectfully submits this letter to request a one-week extension of the deadline for the Government's sur-reply brief, which is currently due on August 11, 2021. The defendant, through counsel, has no objection to this request.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

    By: /s/ Olga Zverovich
    Olga I. Zverovich / Sam Adelsberg
    Assistant United States Attorneys
    Tel: (212) 637-2514 / 2494

CC: Theodore Green, Esq. (counsel for defendant Jesus Gonzalez)